1  BENJAMIN B. WAGNER
2  United States Attorney
   LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
         333 Market Street, Suite 1500
6        San Francisco, California 94105
7        Telephone:  (415) 977-8926
         Facsimile:  (415) 744-0134
8        E-Mail: Daniel.Talbert@ssa.gov
9
   Attorneys for Defendant
10                     UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
11                            FRESNO DIVISION
12
   DOUGLAS A. REDSTONE,           )   Case No. 1:10-CV-01102-SKO
13         Plaintiff,              )
   v.                              )   STIPULATION AND ORDER FOR
14 MICHAEL J. ASTRUE,              )   REMAND PURSUANT TO SENTENCE FOUR OF
15 Commissioner of Social Security,)   42 U.S.C. § 405(g), AND GRANTING ENTRY
         Defendant.                )   OF JUDGMENT IN FAVOR OF PLAINTIFF AND
16                                 )   AGAINST DEFENDANT
17
        IT IS HEREBY STIPULATED, by and between the parties, through their respective
18
   counsel of record, that this action be remanded to the Commissioner of Social Security for further
19
   administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.
20
   § 405(g), sentence four.
21
        On remand, the Appeals Council will instruct the administrative law judge (ALJ) to take
22
   the following action:
23
        The ALJ shall consider the medical opinion of Benedicto Estoesa, M.D., which was
24
   discussed in Plaintiff's representative's brief dated July 1, 2008.  The ALJ shall consider this
25
   report and give reasons for rejecting or accepting that report.
26
        The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.
27
        The parties further request that the Clerk of the Court be directed to enter a final judgment
28
   in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final

decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

                                          Respectfully submitted,

Dated: August 2, 2010            *s/ Shanny Lee*
                                        (As authorized by email)
                                        SHANNY LEE
                                        Attorney for Plaintiff

Date: August 2, 2010             BENJAMIN B. WAGNER
                                        United States Attorney

                                        By *s/ Daniel P. Talbert*
                                        DANIEL P. TALBERT
                                        Special Assistant U. S. Attorney

                                        Attorneys for Defendant

## **ORDER**

     Upon the parties' stipulation, it is ORDERED that this action be REMANDED to the Commissioner of Social Security for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).  On remand, the Appeals Council will instruct the ALJ to consider the medical opinion of Benedicto Estoesa, M.D.  The ALJ shall consider this report and give reasons for rejecting or accepting that report.

     The Clerk of the Court is DIRECTED to enter a final judgment in favor of Plaintiff and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.  This order neither affects Plaintiff's right to request EAJA attorneys' fees under 28 U.S.C. § 2412 or costs under 28 U.S.C. § 1920, nor prevents Defendant from opposing any such requests.

IT IS SO ORDERED.

**Dated:   August 4, 2010**                      /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE